# U.S. DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CIVIL CASE NO.

FRANCIS S HOOD Sr.  )
FRANCIS S HOOD Jr  )
    PLAINTIFFS  )
V.  )   **05-40144 FDS**
  )
COMMONWEALTH OF MASSACHUSETTS  )
UXBRIDGE DISTRICT COURT  )
JUDGE PAUL A LOSAPIO  )
ANNEMARIE HOOD  )
    DEFENDANTS  )
  )

## COMPLAINT

1. THE PLAINTIFF FRANCIS S HOOD Sr. IS PROSECUTING THIS CASE FOR HIMSELF AND HIS SON, FRANCIS S HOOD Jr, WHOM IS A MINOR. THEY ARE BOTH CITIZENS OF THE UNITED STATES AND RESIDENTS OF THE STATE OF MASSCHUSETTS.

2. THE DEFENDANT JUDGE PAUL A LOSAPIO IS AN EMPLOYEE OF THE COMMONWEALTH OF MASSACHUSETTS AND THE UXBRIDGE DISTRICT COURT ALSO A CITIZEN OF THE UNITED STATES AND RESIDENT OF MASSACHUSETTS.

3. THE DEFENDANT ANNEMARIE HOOD IS A CITIZEN OF THE UNITED STATES AND RESIDENT OF MASSACHUSETTS.

## STATEMENT OF FACTS

4. ON OR ABOUT SEPTEMBER 29, 2004 DEFENDANT ANNEMARIE HOOD DID GO TO THE UXBRIDGE DISTRICT COURT AND MAKE FALSE ALLEGATIONS OF ABUSE AND OTHER PERJUROUS CLAIMS TO OBTAIN CUSTODY OF FRANCIS S HOOD Jr.

5. ON OR ABOUT SEPTEMBER 29, 2004 DEFENDANT JUDGE PAUL A LOSAPIO, ACTING ON BEHALF OF HIMSELF AND THE COMMONWEALTH OF MASSACHUSETTS DID ISSUE AN ORDER WHEREBY DEPRIVING THE PLAINTIFF FRANCIS S HOOD Sr. OF HIS FUNDAMENTAL LIBERTY INTERESTS AS AFFORDED BY THE 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

6. ON OR ABOUT SEPTEMBER 29, 2004 DEFENDANT JUDGE PAUL A LOSAPIO, ACTING ON BEHALF OF HIMSELF AND THE COMMONWEALTH OF MASSACHUSETTS DID ISSUE AN ORDER WHEREBY DEPRIVING THE PLAINTIFF FRANCIS S HOODJr. OF HIS FUNDAMENTAL LIBERTY INTERESTS AS AFFORDED BY THE 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

7. ON OR ABOUT SEPTEMBER 29, 2004 DEFENDANT JUDGE PAUL A LOSAPIO, DID ISSUE AN ORDER DEPRIVING FRANCIS S HOOD Sr. OF CUSTODY OF HIS MINOR CHILD FRANCIS S HOOD Jr, WHEREBY VIOLATING HIS CONSTITUTIONAL RIGHTS OF DUE PROCESS GUARANTEED BY THE 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

8. ON OR ABOUT DECEMBER, 2004 THE PLAINTIFF FRANCIS S HOOD Jr, RECEIVED SERIOUS AND PERMANENT INJURIES AS A DIRECT RESULT OF THE ILLEGAL AND UNCONSTITUTIONAL ORDER ISSUED ON SEPTEMBER 29,2004 IN BEHALF OF THE COMMONWEALTH OF MASSACHUSETTS BY JUDGE PAUL A LOSAPIO OF THE UXBRIDGE DISTRICT COURT.

9. ON OR ABOUT JANUARY 17, 2005 THE PLAINTIFF FRANCIS S HOOD Sr. WAS ARRESTED AT HIS HOME AND HELD WITHOUT BAIL FOR ALLEGEDLY VIOLATING THE ILLEGAL AND UNCONSTITUTIONAL ORDER ISSUED BY JUDGE PAUL A LOSAPIO OF THE UXBRIDGE DISTRICT COURT AND THE COMMONWEALTH OF MASSACHUSETTS ON 2004 SEPTEMBER 29,.

## JURISDICTION

10. THIS COURT HAS JURISDICTION IN THIS MATTER PURSUANT TO 28 U.S.C. SECTION 1332.

## REQUESTS FOR RELIEF

11. FRAUDULENT MISREPRESENTATION BY ANNEMARIE HOOD TO FACILITATE AN ILLEGAL CUSTODY ORDER TO BE ISSUED AGAINST THE PLAINTIFFS.

12. VIOLATION OF THE PLAINTIFFS RIGHTS OF DUE PROCESS AS GUARANTEED BY THE 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

13. DEPRIVATION OF THE PLAINTIFFS RIGHTS OF FAMILIAL RELATIONSHIP WITH EACH OTHER.

14. THE RIGHT TO BE FREE FROM UNWARRANTED INTRUSION INTO FAMILY AFFAIRS BY THE GOVERNMENT.

15. WILLFUL AND MALICIOUS NEGLIGENCE IN TURN CAUSING THE PLANTIFF FRANCIS S HOOD Jr SERIOUS PERMANENT PERSONAL INJURIES

16. MALICIOUS PROSECUTION AND FALSE IMPRISONMENT OF THE PLAINTIFF FRANCIS S HOOD Sr.

## CLAIMS FOR RELIEF

17. THE PLAINTIFFS DEMAND JUDGEMENT AGAINST THE DEFENDANTS IN THE AMOUNT OF $ 20,000,000,00.

18. THE PLAINTIFFS ASK FOR IMMEDIATE INJUNCTIVE ORDERS PROHIBITING ANY FURTHER RESTRAINTS BEING PLACED ON THE PLAINTIFFS PERSONAL LIBERTIES.

19. THE PLAINTIFFS ASK THE COURT TO TERMINATE ANY AND ALL ILLEGAL AND UNCONSTITUTIONAL ORDERS ISSUED AGAINST THE PLAINTIFFS.

20. ALSO ANY OTHER ORDERS THE COURT DEEM FAIR AND JUST.

21. THE PLAINTIFFS DEMAND TRIAL BY JURY.

DATED : AUGUST 17, 2005

RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFFS BY,

*[signature]*

FRANCIS S HOOD Sr.
5 PAUL X TIVNAN DRIVE
WEST BOYLSTON, MASS
          01583

JS 44 (Rev. 11/04)          CIVIL COVER SHEET  05-40144

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff _Worcester_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Worcester_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☒ 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): _14th amendment_

Brief description of cause: _Due Process violations involving Personal Injury_

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _20,000,000.00_

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _August 17, 2005_

SIGNATURE OF ATTORNEY OF RECORD _Francis D Hood Sr_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 - 40144

1. Title of case (name of first party on each side only) _Francis S Hood sr V. Comm of Mass_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    __ I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
    740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.                for patent, trademark or copyright cases

    __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
    315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
    380, 385, 450, 891.

    __ IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
    690, 810, 861-865, 870, 871, 875, 900.

    __ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐   NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐   NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☑   NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☐   Central Division ☑   Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐   NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Francis S Hood SR (Pro-se)_
ADDRESS _5 Paul X. Tivnan Drive, W. Boylston, Ma, 01583_
TELEPHONE NO. _____

(CategoryForm.wpd -5/2/05)