# U.S. DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CIVIL CASE NO.

FRANCIS S HOOD Sr.  )
FRANCIS S HOOD Jr  )
    PLAINTIFFS  )
V.  )  **05-40144 FDS**
  )
COMMONWEALTH OF MASSACHUSETTS  )
UXBRIDGE DISTRICT COURT  )
JUDGE PAUL A LOSAPIO  )
ANNEMARIE HOOD  )
    DEFENDANTS  )
  )

## MOTION FOR APPOINTMENT OF COUNSEL

    NOW COMES THE PLAINTIFF FRANCIS S HOOD Sr. AND HUMBLY REQUESTS THE COURT APPOINT HIM COUNSEL FOR THE ABOVE ENTITLED MATTER.

    FOR REASONS THEREFOR:

THE PLAINTIFF IS UNABLE TO AFFORD AN ATTORNEY, HAS BEEN DEEMED INDIGENT BY THE COMMONWEALTH OF MASSACHUSETTS, HE IS CURRENTLY INCARCERATED, HAS NO MONEY AND HIS RIGHTS AND PRIVELEDGES AS AFFORDED HIM BY THE CONSTITUTION OF THE UNITED STATES HAVE BEEN VIOLATED.

DATED: AUGUST 17, 2005

RESPECTFULLY SUBMITTED,

*/s/ Francis S Hood*

FRANCIS S HOOD Sr.
5 PAUL X TIVNAN DRIVE
WEST BOYLSTON, MASS
    01583