# U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL CASE NO.

FRANCIS S HOOD Sr.  )
FRANCIS S HOOD Jr  )
    PLAINTIFFS  )
V.  )
  )
  )
COMMONWEALTH OF MASSACHUSETTS  )
UXBRIDGE DISTRICT COURT  )    **05-40144FDS**
JUDGE PAUL A LOSAPIO  )
ANNEMARIE HOOD  )
    DEFENDANTS  )
  )

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES THE PLAINTIFF FRANCIS S HOOD Sr. AND HUMBLY REQUESTS THE COURT APPOINT HIM COUNSEL FOR THE PLAINTIFF FRANCIS S HOOD Jr, AS HE IS A MINOR CHILD, UNABLE TO AFFORD COUNSEL OR TO DEFEND HIMSELF, AND HIS SAFETY AND WELL BEING ARE AT STAKE AND HIS RIGHTS AFFORDED HIM BY THE UNITED STATES CONSTITUTION HAVE BEEN VIOLATED ON SEVERAL OCCAISIONS.

DATED: AUGUST 17, 2005

RESPECTFULLY SUBMITTED
FOR FRANCIS S HOOD Jr,
BY HIS FATHER,

*Francis S Hood* (signature)

FRANCIS S HOOD Sr.
5 PAUL X TIVNAN DRIVE
WEST BOYLSTON, MASS
    01583