# U.S. DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CIVIL CASE NO.

| | |
|---|---|
| FRANCIS S HOOD Sr. <br> FRANCIS S HOOD Jr <br>     PLAINTIFFS <br> V. <br><br> COMMONWEALTH OF MASSACHUSETTS <br> UXBRIDGE DISTRICT COURT <br> JUDGE PAUL A LOSAPIO <br> ANNEMARIE HOOD <br>     DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **05-40144 FDS** <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR APPOINTMENT OF GUARDIAN AD-LITEM

NOW COMES THE PLAINTIFF FRANCIS S HOOD Sr. AND HUMBLY REQUESTS THE COURT TO APPOINT A GUARDIAN AD-LITEM FOR HIS MINOR CHILD AND CO-PROSECUTOR OF THE ABOVE ENTITLED MATTER, FRANCIS S HOOD Jr.

FOR REASONS THEREFOR:

THE PLAINTIFF FRANCIS S HOOD Jr HAS SUSTAINED SERIOUS INJURIES AND THE DEFENDANTS WILL NOT GIVE EXPLANATIONS FOR SAID INJURIES AND HOW THEY WERE ATTAINED, ALSO THE PLAINTIFF FRANCIS Sr. IS VERY WORRIED FOR THE SAFETY OF HIS MINOR CHILD WHOM IS ONLY THREE YEARS OLD.

DATED: AUGUST 17, 2005

RESPECTFULLY SUBMITTED,

*[signature]*

FRANCIS S HOOD Sr.
5 PAUL X TIVNAN DRIVE
WEST BOYLSTON, MASS
          01583