# U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL CASE NO.

| | |
|---|---|
| FRANCIS S HOOD Sr.<br>FRANCIS S HOOD Jr<br>    PLAINTIFFS<br>V.<br><br>COMMONWEALTH OF MASSACHUSETTS<br>UXBRIDGE DISTRICT COURT<br>JUDGE PAUL A LOSAPIO<br>ANNEMARIE HOOD<br>    DEFENDANTS | 05-40144 FDS |

## MOTION FOR TEMPORARY INJUNCTIVE ORDER

    NOW COMES THE PLAINTIFF FRANCIS S HOOD Sr. AND HUMBLY REQUESTS THE COURT ORDER THE DEFENDANTS FROM ISSUING OR OBTAINING ANY FURTHER ORDERS AGAINST THE PLAINTIFFS UNTIL THE RESOLUTION OF THESE MATTERS OR THE COURT DEEMS IT SAFE OR WARRANTED TO DO SO.

DATED : AUGUST 17, 2005

RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFFS BY,

*[signature]*

FRANCIS S HOOD Sr.
5 PAUL X TIVNAN DRIVE
WEST BOYLSTON, MASS
    01583