Francis S Hood
5 Paul X. Tivnan Drive
W. Boylston, Ma. 01583

September 10, 2005

Clerk, U.S. Dist Court
595 Main Street
Worcester, MA, 01608

RE: <u>Hood V. Mass, Hood Cosapic</u>

Dear Clerk,

  I would like to ask to make the following changes to my complaint previously filed in your court.

  On Page 3 of 4, the complaint should read "This court has jurisdiction Pursuant to 28 USC §1331" instead of §1332, it is a typo on my part, also the sections I wish to file it under are 42 USC §1983, Violations of the 4th and 14th amendment.

  I'm sure that if I'm allowed counsel that they will be better able to state my and my sons claims.

Thank you
Francis Hood Sr.