United States District Court
District of Massachusetts

Central Division

Civil Action
No. 05-40144

2005 OCT 24 P 12:06

Francis S Hood sr
Francis S Hood Jr

✓

Motion to withdraw

Comm of Mass
Paul Cosapio
AnneMarie Hood
Uxbridge Dist Court

Now Comes Plaintiff and moves the court to withdraw his Complaint.

For reasons Therefor:
1). Plaintiff does not have the resources available to him for a successful litigation, and won't have them until May, 2006.

Dated: October 18, 2005

Respectfully
Francis S Hood
Francis S Hood
5 Paul X Tivnan Drive
W. Boylston, MA, 01583